**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

VALERI SHEPHERD,

        Plaintiff,

vs.                                          CASE NO. 3:05-cv-628-J-HTS

JO ANNE BARNHART,
U.S. Commissioner of
Social Security,

        Defendant.

                             **O R D E R**

Plaintiff's Motion for Dismissal Without Prejudice (Doc. #21) is GRANTED and the case is hereby dismissed without prejudice. The Clerk of the Court is directed to close the file.

**DONE AND ORDERED** at Jacksonville, Florida this 13th day of June, 2006.

                                              /s/       Howard T. Snyder
                                              HOWARD T. SNYDER
                                              UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record and
    *pro se* parties, if any